IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25MJ365 |
| Plaintiff, | ) ) ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) ) | |
| MARVIN ALEMAN ZEPEDA, | ) ) | |
| Defendant. | ) | |

Kelly Steenbock moves to withdraw because Hal W. Oberlender has entered his appearance. Kelly Steenbock requests that she be removed from receiving any further CM/ECF notifications.

DATED this 7th day of July, 2025.

Respectfully submitted,

Marvin Aleman Zepeda, Defendant,

By /s/ Kelly Steenbock
    Kelly Steenbock
    222 South 15th Street, #300N
    Omaha, NE 68102