IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARVIN ALEMAN ZEPEDA,<br><br>        Defendant. | 8:25MJ365<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Marvin Aleman Zepeda (Filing No. 17). Hal W. Oberlender has filed an entry of appearance as retained counsel for Marvin Aleman Zepeda. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 17) will be granted.

Kelly M. Steenbock shall forthwith provide Hal W. Oberlender any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Marvin Aleman Zepeda's defense.

The clerk shall provide a copy of this order to Hal W. Oberlender.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge